IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANIMAI EVOL,

    Plaintiff,

v.                                         No. 1:22-cv-00277-KWR-SCY

BERNALILLO COUNTY BOARD OF COUNTY
COMMISSIONERS, in its official capacity;
CORRECTIONAL OFFICER ANDREW SANCHEZ,
in his individual capacity;

    Defendants.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Parties' Joint Motion to Dismiss Correctional Officer Andrew Sanchez with Prejudice (**Doc. 56**), and the Court, having reviewed the submission of the Parties and being otherwise fully advised, finds that the Motion is **WELL-TAKEN** and is **HEREBY GRANTED.**

**IT IS THEREFORE ORDERED** that Correctional Officer Andrew Sanchez is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted and approved:

MACKE LAW & POLICY, LLC


*/s/ Daniel J. Macke 03/15/23*
Daniel J. Macke, Esq.
8206 Louisiana Blvd. NE, Ste. A
Albuquerque, NM 87113
(505) 308-8668
dan@mackelaw.com


NEW MEXICO LEGAL AID, INC.


*Approved 3/15/2023*
Derek V. Garcia
New Mexico Legal Aid, Inc.
Safe To Be You!
NM LGBTQ + Legal Access Project
PO Box 25486
Albuquerque, NM  87125
Office: 505-243-7871
derekg@nmlegalaid.org

SAUCEDO CHAVEZ, P.C.


*Approved 3/14/2023*
Frank T. Apodaca
Post Office Box 30046
Albuquerque, NM 87190
T: (505) 338-3945
E: fapodaca@saucedochavez.com

2