IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANIMAI EVOL,**

    Plaintiff,

v.                                                                     No. 1:22-cv-00277-KWR-SCY

**BERNALILLO COUNTY BOARD OF COUNTY COMMISSIONERS, in its official capacity; CORRECTIONAL OFFICER ANDREW SANCHEZ,**
in his individual capacity,

    Defendants.

## STIPULATED ORDER DISMISSING COUNTY DEFENDANT WITH PREJUDICE

**THIS MATTER** comes before the Court on the Stipulated Motion to Dismiss County Defendant with Prejudice (Doc. 58), and the Court having reviewed the Motion and being otherwise fully advised, **FINDS** that the Motion is well-taken and the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Bernalillo County Board of County Commissioners is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Court record reflects that Defendant Correctional Officer Andrew Sanchez was previously dismissed by Stipulated Order of Dismissal entered on March 16, 2023 (Doc. 57).  Accordingly, this case is now fully resolved and dismissed in its entirety.

    **IT IS SO ORDERED.**

                                                          **KEA W. RIGGS**
                                                           **UNITED STATES DISTRICT JUDGE**

Submitted by:

**SaucedoChavez, P.C.**

By: */s/ Frank T. Apodaca*
      Frank T. Apodaca
Post Office Box 30046
Albuquerque, NM 87190
(505) 338-3945
fapodaca@saucedochavez.com
*Attorneys for County Defendant*

-and-

**New Mexico Legal Aid, Inc.**

By: */s/ Derek V. Garcia via email on*
      Derek V. Garcia
      Michelle S. Garcia
P.O. Box 25486
Albuquerque, NM  87125
(505) 243-7871
derekg@nmlegalaid.org
michelleg@nmlegalaid.org
*Attorneys for Plaintiff*